**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No.4:05CR68SNL/TIA |
| | ) | |
| **RONALD FREDERICK GALES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

After receiving and carefully reviewing the defendant's objections to the United States Magistrate Judge's Report and Recommendation (#38), filed July 1, 2005,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Terry I. Adelman's Report and Recommendation (#36), filed June 15, 2005, is **SUSTAINED, ADOPTED** and **INCORPORATED** herein. Upon review of the Magistrate Judge's Report and Recommendation, and the evidentiary hearing transcript, as well as relevant case law, the Court concurs with the Magistrate Judge's findings and recommendation.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements (#21) be and is **DENIED.**

**IT IS FINALLY ORDERED** that Defendant's Motion to Suppress Evidence (#22) be and is **DENIED.**

Dated this 5th day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE